UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO LAY #449238,

    Plaintiff,

v.

CHARLES WOLTHUIS,

    Defendant.

Case No: 1:24-cv-615

HON. ROBERT J. JONKER

# ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 29, 2025 (ECF No. 26). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 26) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 23) is GRANTED and Lay's Section 1983 claim is DISMISSED with prejudice, and Lay's state-law claim is DISMISSED without prejudice.

Dated: August 20, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE